UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVERTON WHITELY, | ) | NO. CV 18-1103-AG (AGR) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CDCR, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motion to dismiss the complaint is GRANTED as follows:

(1) the motion to dismiss the official-capacity claims in the First Amended Complaint is granted without leave to amend;

(2) Plaintiff is granted leave to file a Second Amended Complaint asserting individual-capacity claims consistent with the legal standards set forth in the Report and Recommendation within 30 days after entry of this Order.

If Plaintiff chooses to file a Second Amended Complaint, it must bear the docket number assigned to this case, be labeled "Second Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is DIRECTED to provide Plaintiff with a pro se civil rights packet.

**Plaintiff is advised that if he fails to file a timely Second Amended Complaint within 30 days after the entry of this order, this action may be dismissed.**

DATED: February 7, 2019

ANDREW J. GUILFORD
United States District Judge