UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTON WHITELY,<br><br>          Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>          Defendants. | NO. CV 18-1103-AG (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and Defendants' objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Defendants have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) Defendants' motion to dismiss the Fourteenth Amendment claims is GRANTED without further leave to amend; (2) Defendants' motion to dismiss the failure to protect claims against Defendant Regalado and Acosta is GRANTED without further leave to amend; (3) Defendants' motion to dismiss the failure to protect claims against Defendants Vasquez, Martin and Willis is DENIED. Defendants did not move to dismiss the excessive force claim under the Eighth Amendment against Defendant Acosta, and that claims remains in the case.

IT IS FURTHER ORDERED that Defendants Acosta, Vasquez, Martin and Willis respond to the remaining claims in the Second Amended Complaint within 45 days after entry of this order. The matter is referred back to the magistrate judge for further proceedings.

DATED: January 30, 2020

_____
ANDREW J. GUILFORD
United States District Judge