UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVERTON WHITELY, | ) | NO. CV 18-1103-RGK (AGR) |
|           Plaintiff, | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| CDCR, et al., | ) ) | |
|           Defendants. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Plaintiff's Motion for Default or sanctions is DENIED. (Dkt. Nos. 67, 69.)

DATED: January 22, 2021

                                                R. GARY KLAUSNER  
                                                United States District Judge