JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTON WHITELY, | NO. CV 18-1103-RGK (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| CDCR, et al., | |
| Defendant. | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that this action is dismissed without prejudice and judgment is entered for Defendants.

DATED: June 23, 2022

_____
R. GARY KLAUSNER
United States District Judge